**The below described is SIGNED.**

**Dated: August 20, 2013**





**JOEL T. MARKER
U.S. Bankruptcy Judge**

---

KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801)-768-8416

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | ) |
| | ) |
| GOMEZ, J CLARK | )    Case No.: 11-31055 JTM |
| | ) |
| | )    Chapter 7 |
| | ) |
| Debtor(s). | ) |

### ORDER ALLOWING TRUSTEE'S APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES; ORDER ALLOWING PROFESSIONAL FEES; and ORDER AUTHORIZING PAYMENT OF DIVIDENDS TO CREDITORS

The Trustee having filed a Final Report and Application for Compensation which has been reviewed by the United States Trustee, and the Court having specifically found that Notice of the Trustee's Final Report and Account before Distribution having been properly circulated to all creditors and parties in interest entitled to notice, and the Court having considered the Trustee's Final Report and Application for Compensation, as well as all applications for final compensation of professionals, pursuant to §330, therefore

THE COURT HEREBY ORDERS that:

1. The Trustee's Application for Compensation in the sum of $1,394.41 and Reimbursement of Expenses in the sum of $29.30 is allowed.

2. The Trustee is authorized, pursuant to Bankruptcy Law, to pay administrative costs and dividends to creditors as specified in the Trustee's Final Report.

•••END OF DOCUMENT•••

SERVICE LIST

Kenneth A. Rushton
Attorney at Law
P.O. Box 212
Lehi, Ut 84043

Office of the United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111