# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re: GOMEZ, J CLARK | § Case No. 11-31055 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KENNETH A. RUSHTON, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $210,922.43 *(without deducting any secured claims)* | Assets Exempt: $102,918.17 |
| Total Distribution to Claimants: $4,650.36 | Claims Discharged Without Payment: $105,409.72 |
| Total Expenses of Administration: $1,793.71 | |

3) Total gross receipts of $ 6,444.07 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,444.07 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,740,601.58 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,793.71 | 1,793.71 | 1,793.71 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 110,060.08 | 110,060.08 | 4,650.36 |
| **TOTAL DISBURSEMENTS** | $1,740,601.58 | $111,853.79 | $111,853.79 | $6,444.07 |

4)  This case was originally filed under Chapter 7 on July 28, 2011. The case was pending for 27 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/13/2013            By:  /s/KENNETH A. RUSHTON, TRUSTEE
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account: Farwest Bank Joint Checking Lo | 1129-000 | 4,582.50 |
| Tax Refund: Utah State Income Tax Refund | 1124-000 | 1,861.57 |
| **TOTAL GROSS RECEIPTS** | | **$6,444.07** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Central Bank | 4110-000 | 5,623.72 | N/A | N/A | 0.00 |
| NOTFILED | Central Bank | 4110-000 | 82,645.20 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 4110-000 | 4,983.07 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase | 4110-000 | 649,783.42 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 4110-000 | 4,983.07 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank National Association | 4110-000 | 147,337.73 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase | 4110-000 | 649,783.42 | N/A | N/A | 0.00 |
| NOTFILED | U.S. Bank National Association | 4110-000 | 147,337.73 | N/A | N/A | 0.00 |
| NOTFILED | Central Bank | 4110-000 | 48,124.22 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,740,601.58** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KENNETH A RUSHTON, TRUSTEE | 2100-000 | N/A | 1,394.41 | 1,394.41 | 1,394.41 |
| KENNETH A RUSHTON, TRUSTEE | 2200-000 | N/A | 29.30 | 29.30 | 29.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,793.71 | $1,793.71 | $1,793.71 |

**EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Steven H. Lybbert | 7100-000 | N/A | 4,361.26 | 4,361.26 | 184.28 |
| 2 | Willowwood Turf LLC | 7100-000 | N/A | 8,895.60 | 8,895.60 | 375.86 |
| 3 | Aposhian Farms | 7100-000 | N/A | 59,780.98 | 59,780.98 | 2,525.92 |
| 4 | American Express Bank FSB | 7100-000 | N/A | 15,551.27 | 15,551.27 | 657.09 |
| 5 | Sunroc Corporation | 7100-000 | N/A | 448.63 | 448.63 | 18.96 |
| 6 | Sunroc Corporation | 7100-000 | N/A | 12,950.65 | 12,950.65 | 547.20 |
| 7 | LES SCHWAB TIRE CENTERS OF UTAH, INC. | 7100-000 | N/A | 3,088.62 | 3,088.62 | 130.50 |
| 8 | eCAST Settlement Corp, | 7100-000 | N/A | 4,983.07 | 4,983.07 | 210.55 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $110,060.08 | $110,060.08 | $4,650.36 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-31055 | **Trustee:** (640001) KENNETH A. RUSHTON, TRUSTEE |
| **Case Name:** GOMEZ, J CLARK | **Filed (f) or Converted (c):** 07/28/11 (f) |
| | **§341(a) Meeting Date:** 09/14/11 |
| **Period Ending:** 11/13/13 | **Claims Bar Date:** 03/01/12 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 Cash: 500.00 change Location: 85 West 1600 South | 500.00 | 0.00 | | 0.00 | FA |
| 2 Cash: 500.00 | 0.00 | 0.00 | | 0.00 | FA |
| 3 Checking Account: Farwest Bank Joint Checking Lo | 9,005.00 | 9,005.00 | | 4,582.50 | FA |
| 4 Household Goods | 7,025.00 | 0.00 | | 0.00 | FA |
| 5 Books, Pictures, etc. | 2,025.00 | 0.00 | | 0.00 | FA |
| 6 Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 7 Jewelry: wedding ring, watch Location: 85 West 1 | 200.00 | 0.00 | | 0.00 | FA |
| 8 Sports-Hobby Equipment | 675.00 | 675.00 | | 0.00 | FA |
| 9 Northwestern Mutual Life Insurance Policy No. 15 | 0.00 | 0.00 | | 0.00 | FA |
| 10 Education IRA: VCSP/Coliege America- the Growth | 0.00 | 0.00 | | 0.00 | FA |
| 11 Invesco IRA for Clark Gomez | 10,210.37 | 0.00 | | 0.00 | FA |
| 12 Retirement; J.C. Gomez --American Funds CB &T IR | 35,012.33 | 0.00 | | 0.00 | FA |
| 13 Invesco IRA for Clark. Gomez | 10,210.37 | 0.00 | | 0.00 | FA |
| 14 Northwestern Mutual IRA Policy No. 15267019 | 23,483.53 | 0.00 | | 0.00 | FA |
| 15 Retirement: J.C. Gomez -American Funds | 35,012.33 | 0.00 | | 0.00 | FA |
| 16 Gomez Landscaping, Inc. Debtor owns 500 shares, | 0.00 | 0.00 | | 0.00 | FA |
| 17 Tax Refund: Utah State Income Tax Refund | 55.50 | 0.00 | | 1,861.57 | FA |
| 18 Fun Vehicle: Polaris 700 Snowmobile 155 track--g | 4,000.00 | 0.00 | | 0.00 | FA |
| 19 Auto: 2000 Dodge Durango Location: 85 West 1600 | 818.50 | 0.00 | | 0.00 | FA |
| 20 Duplication of Asset No. 18 | 0.00 | 0.00 | | 0.00 | FA |
| 21 Duplication of Asset No.19 | 0.00 | 0.00 | | 0.00 | FA |
| 22 Trade Tools: Reference Books, pruning tools, ele | 1,375.00 | 0.00 | | 0.00 | FA |
| 23 Animals: 1 dog Location: 85 West 1600 South Mapl | 75.00 | 0.00 | | 0.00 | FA |
| 24 2007 GMC truck, 1999 Ford truck, 1998 Chevrolet Note: These vehicles were added as an amendment to the schedules and included in addition to those shown above are a 1999 Ford truck, (two) 2006 Polaris, 1999 Big Tex trailer, 2007 Haulmark box trailer, 2007 Trail Mix utility trailer, Suzuki ATV, 2004 | 80,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 11-31055 | **Trustee:** (640001)   KENNETH A. RUSHTON, TRUSTEE |
| **Case Name:** GOMEZ, J CLARK | **Filed (f) or Converted (c):** 07/28/11 (f) |
| | **§341(a) Meeting Date:** 09/14/11 |
| **Period Ending:** 11/13/13 | **Claims Bar Date:** 03/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ford truck, 2006 Dodge truck, 1999 Ford truck, 1999 Dodge Dakota, Road Boss 5th wheel trailer, various landscaping tools & equip. | | | | | |
| **24 Assets Totals** (Excluding unknown values) | **$219,982.93** | **$9,680.00** | | **$6,444.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

      3-31-12  Awaiting receipt of 2011 Income Tax Returns.

      3-31-13  All funds collected.  Final Report in progress.

      TFR filed 7/10/13.  TDR filed 11/13/13.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | September 14, 2012 | **Current Projected Date Of Final Report (TFR):** | July 10, 2013  (Actual) |

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 11-31055 | Trustee: | KENNETH A. RUSHTON, TRUSTEE (640001) |
|---|---|---|---|
| Case Name: | GOMEZ, J CLARK | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******03-66 - Checking Account |
| Taxpayer ID #: | **-***7611 | Blanket Bond: | $84,384,262.00  (per case limit) |
| Period Ending: | 11/13/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction<br><Ledger Category> | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/11 | {3} | J. CLARK GOMEZ | DEBTOR'S 1/2 SHARE OF FUNDS IN BANK ACCOUNT | 1129-000 | 4,582.50 | | 4,582.50 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,557.50 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,532.50 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,507.50 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,482.50 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,457.50 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,432.50 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,407.50 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,382.50 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,357.50 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,332.50 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,307.50 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,282.50 |
| 12/13/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001064000188 20121213 | 9999-000 | | 4,282.50 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 4,582.50 | 4,582.50 | $0.00 |
| Less: Bank Transfers | 0.00 | 4,282.50 |
| Subtotal | 4,582.50 | 300.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $4,582.50 | $300.00 |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-31055 | |
| **Case Name:** | GOMEZ, J CLARK | |
| **Taxpayer ID #:** | **-***7611 | |
| **Period Ending:** | 11/13/13 | |

| | |
|---|---|
| **Trustee:** | KENNETH A. RUSHTON, TRUSTEE (640001) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****708566 - Checking Account |
| **Blanket Bond:** | $84,384,262.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction<br><Ledger Category> | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,282.50 | | 4,282.50 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,272.50 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,262.50 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,252.50 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,242.50 |
| 04/25/13 | {17} | J. CLARK GOMEZ | INCOME TAX REFUND | 1124-000 | 1,861.57 | | 6,104.07 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,094.07 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,084.07 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,074.07 |
| 08/23/13 | 10101 | KENNETH A RUSHTON, TRUSTEE | Dividend paid 100.00% on $1,394.41, Trustee Compensation;  Reference: | 2100-000 | | 1,394.41 | 4,679.66 |
| 08/23/13 | 10102 | KENNETH A RUSHTON, TRUSTEE | Dividend paid 100.00% on $29.30, Trustee Expenses;  Reference: | 2200-000 | | 29.30 | 4,650.36 |
| 08/23/13 | 10103 | Steven H. Lybbert | Dividend paid  4.22% on $4,361.26; Claim# 1; Filed: $4,361.26; Reference: | 7100-000 | | 184.28 | 4,466.08 |
| 08/23/13 | 10104 | Willowwood Turf LLC | Dividend paid  4.22% on $8,895.60; Claim# 2; Filed: $8,895.60; Reference: | 7100-000 | | 375.86 | 4,090.22 |
| 08/23/13 | 10105 | Aposhian Farms | Dividend paid  4.22% on $59,780.98; Claim# 3; Filed: $59,780.98; Reference: | 7100-000 | | 2,525.92 | 1,564.30 |
| 08/23/13 | 10106 | American Express Bank FSB | Dividend paid  4.22% on $15,551.27; Claim# 4; Filed: $15,551.27; Reference: | 7100-000 | | 657.09 | 907.21 |
| 08/23/13 | 10107 | Sunroc Corporation | Dividend paid  4.22% on $448.63; Claim# 5; Filed: $448.63; Reference: | 7100-000 | | 18.96 | 888.25 |
| 08/23/13 | 10108 | Sunroc Corporation | Dividend paid  4.22% on $12,950.65; Claim# 6; Filed: $12,950.65; Reference: | 7100-000 | | 547.20 | 341.05 |
| 08/23/13 | 10109 | LES SCHWAB TIRE CENTERS OF UTAH, INC. | Dividend paid  4.22% on $3,088.62; Claim# 7; Filed: $3,088.62; Reference: | 7100-000 | | 130.50 | 210.55 |
| 08/23/13 | 10110 | eCAST Settlement Corp, | Dividend paid  4.22% on $4,983.07; Claim# 8; Filed: $4,983.07; Reference: | 7100-000 | | 210.55 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,144.07 | 6,144.07 | $0.00 |
| Less: Bank Transfers | 4,282.50 | 0.00 | |
| **Subtotal** | 1,861.57 | 6,144.07 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,861.57** | **$6,144.07** | |

{} Asset reference(s)

Printed: 11/13/2013 04:19 PM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-31055 |
| **Case Name:** | GOMEZ, J CLARK |
| **Taxpayer ID #:** | **-***7611 |
| **Period Ending:** | 11/13/13 |

| | |
|---|---|
| **Trustee:** | KENNETH A. RUSHTON, TRUSTEE (640001) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****708566 - Checking Account |
| **Blanket Bond:** | $84,384,262.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction<br><Ledger Category> | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******03-66** | 4,582.50 | 300.00 | 0.00 |
| **Checking # ****708566** | 1,861.57 | 6,144.07 | 0.00 |
| | $6,444.07 | $6,444.07 | $0.00 |

{} Asset reference(s)